# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAPITAL & SECURITY MANAGEMENT, INC. et al.** <br><br> v. <br><br> **ROBERT TELTHORSTER** <br> *Power of Attorney for Audrey L. Lucker* | **CIVIL ACTION** <br><br> **NO. 19-CV-1677** |

## ORDER

**AND NOW** this 3rd day of October, 2019, for the reasons stated in the foregoing Memorandum, the Motion to Dismiss the Amended Petition to Vacate Arbitration Award is **GRANTED** with prejudice.

The Clerk of Court shall close this case.

**BY THIS COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 19\19-1677 Capital v. Telethorster\19cv1677 order for memorandum 10032019.docx